**Opinion issued March 31, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-23-00782-CV
_____

**OSAMA GENDRA, Appellant**

**V.**

**DAMION HASKETT AND BELINDA MCMILLER, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-22285**

---

## MEMORANDUM OPINION

Appellant Osama Gendra filed a notice of appeal from the trial court's final judgment. We abated the appeal and referred the parties to mediation. On January 3, 2024, the parties filed a letter stating that the "case settled during mediation." We construe the parties' letter as a joint motion to dismiss. On March 27, 2026,

appellees Damion Haskett and Belinda McMiller filed a motion to reinstate and dismiss the appeal asserting that "the parties reached a settlement of all outstanding issues" and requesting that we "dismiss this proceeding."

We reinstate the appeal and grant the motions to dismiss. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.